```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 05737
    MAY L CORPUZ
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
        Debtor
    SSN XXX-XX-3226


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/30/07 and confirmed on 06/08/07.

    2.  The case was dismissed after confirmation, 01/09/2009.

    3.  The Debtor paid a total of $  26588.30 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG           .00           .00            .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE     13071.53           .00       13071.53
TOYOTA MOTOR CREDIT CORP SECURED VEHIC      2599.04        246.58        2599.04
INTERNAL REVENUE SERVICE PRIORITY           4403.06           .00        4403.06
ALLIED INTERSTATE        UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE CORP    UNSECURED         2330.00            .00         862.22
CAPITAL ONE BANK         UNSECURED          683.17            .00         252.81
CERTIFIED SERVICES       UNSECURED          307.69            .00         113.86
FIRST REVENUE ASSURANCE  UNSECURED       NOT FILED            .00            .00
MIRACLE FINANCIAL        UNSECURED       NOT FILED            .00            .00
NAFS                     UNSECURED       NOT FILED            .00            .00
NICOR GAS                UNSECURED          785.69            .00         290.75
PARK DANSAN              UNSECURED       NOT FILED            .00            .00
KAPLAN UNIVERSITY        UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC      UNSECURED          951.16            .00         351.98
TOYOTA MOTOR CREDIT      UNSECURED       NOT FILED            .00            .00
TRS RECOVERY SERVICES    UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE UNSECURED          584.63            .00            .00
ROUNDUP FUNDING LLC      UNSECURED          968.75            .00         358.49
ROUNDUP FUNDING LLC      UNSECURED          754.41            .00         279.17
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC      UNSECURED           57.49            .00          21.27
ROUNDUP FUNDING LLC      UNSECURED           51.82            .00          19.18
        Summary of disbursements:
------------------------------------------------------------------------
                         SECURED     PRIORITY      UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED      15670.57      4403.06       7474.81          .00     27548.44
```

```
PRINCIPAL PAID              15670.57         4403.06         2549.73              .00         22623.36
INTEREST PAID                 246.58             .00             .00              .00           246.58
TOTAL PAID                  15917.15         4403.06         2549.73              .00         22869.94
```

The Debtor's attorney, KONSTANTINE T SPARAGIS          , was allowed $   3000.00   and was paid $    571.00   direct and $   2429.00   through the plan.

The Trustee received $   1289.36 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/11/09                      /S/
                                       GLENN STEARNS
                                     CHAPTER 13 TRUSTEE